**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 15, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Agnieszka K. Sousa

_____

| | |
|---|---|
| In Re: | ) Case No.:  17-31220 (SLM) |
| | ) |
| | ) Chapter:  13 |
| **Agnieszka K. Sousa** | ) |
| | ) Judge:  Stacey L. Meisel |
| | ) |
| | ) |
| Debtor. | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 15, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Case No.:  17-31220 (SLM)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$702.50** for services rendered and expenses in the amount of **$9.30** for a total of **$711.80.**  The allowance shall be payable:

   **X**     through the Chapter 13 Plan as an administrative priority.

   **X**     Plan Payments will  not increase

The debtor's current monthly plan payments are $395.00