# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 15, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Agnieszka K. Sousa

_____

| | |
|---|---|
| In Re: ) | Case No.:  17-31220 (SLM) |
| ) | |
| ) | Chapter:  13 |
| **Agnieszka K. Sousa** ) | |
| ) | Judge:  Stacey L. Meisel |
| ) | |
| ) | |
| _____Debtor._ ) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 15, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

**Case No.:  17-31220 (SLM)**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$702.50** for services rendered and expenses in the amount of **$9.30** for a total of **$711.80.** The allowance shall be payable:

   **X**    through the Chapter 13 Plan as an administrative priority.

   **X**    Plan Payments will  not increase

The debtor's current monthly plan payments are $395.00

United States Bankruptcy Court
District of New Jersey

In re:  
Agnieszka K. Sousa  
     Debtor

Case No. 17-31220-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 15, 2019  
                                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
db          +Agnieszka K. Sousa,    5 William Street,    North Arlington, NJ 07031-6134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:

           Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Marie-Ann    Greenberg    magecf@magtrustee.com  
           Ralph A Ferro, Jr    on behalf of Debtor Agnieszka K. Sousa ralphferrojr@msn.com  
           Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
           Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") c/i Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 6